FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 22 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO. 99-cv-02152 REB-KLM

MICHAEL BUNTON,

    Applicant,

vs.

EUGENE ATHERTON, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

After careful examination of the record, it appears that the disposition of the above captioned case is now final.

**THEREFORE, IT IS ORDERED** that the Clerk shall return the State Court Record.

Dated April 22, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 99-cv-02152 REB-KLM

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Howard Alan Pincus - Office of the Federal Public Defender
**DELIVERED ELECTRONICALLY**

Katherine Anne Hansen - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/22/11.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk